UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RASHEED McCLEBB,

    Petitioner,

v.

SUSAN HUTSON,

    Respondent.

Case No. 25-cv-172-BWA-DPC
Section M
Division 2

**CONSENT MOTION FOR STAY OF STATE COURT PROCEEDINGS**

Petitioner, through counsel and pursuant to 28 U.S.C. § 2251, requests that the Court stay any further proceedings in *State of Louisiana v. Rasheed McClebb*, Case No. 557-316, Section "C" of the Criminal District Court, Parish of Orleans, during the pendency of the petition for writ of habeas corpus, which Petitioner filed in this matter on January 25, 2025. Mr. McClebb is currently scheduled for retrial on March, 31, 2025. The State of Louisiana, through the Orleans Parish District Attorney's office[1], has no objection to this motion with the understanding that the stay would suspend time limitations on the commencement of trial pursuant to La. C.Cr.P. art. 580. Mr. McClebb agrees.

The Court is broadly authorized to stay state court proceedings pursuant to 28 U.S.C. § 2251(a)(1), which provides that in cases where a habeas corpus petition is pending before a judge of the United States, the federal court "may, before final judgment . . . stay any proceeding against the person detained in any State court or by or under the authority of any State for any matter

---

[1] Although the Orleans Parish District Attorney's office has not made an appearance in this matter, the chief of appeals informed undersigned counsel that their office will be assigned to this matter if a response is ordered by this Court.

involved in the habeas corpus proceeding." Section 2251(b) provides that, "[a]fter the granting of such a stay, any such proceeding in any State court or by or under the authority of any State shall be void."

## REQUEST FOR RELIEF

For the foregoing reasons, Petitioner requests that the Court immediately stay any further proceedings in state court pending resolution of the claims raised in his habeas petition.

                      Respectfully submitted,

                      ____/s/Caroline Gabriel_____
                      Caroline Gabriel, La. Bar # 38224
                      William Most, La. Bar # 36914
                      Most & Associates, LLC
                      210 St. Charles Ave., Ste 2500 #9685
                      New Orleans, LA 70170
                      (985) 441-9355
                      Caroline.gabriel.ma@gmail.com
                      williammost@gmail.com

                      Madeleine Jennings, La. Bar # 38287
                      Orleans Public Defenders
                      2601 Tulane Avenue, Suite 700
                      New Orleans, LA 70119
                      (504) 821-8101
                      (504) 821-5285 (fax)
                      Mjennings@opdla.org