UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RASHEED McCLEBB,<br><br>              Petitioner,<br><br>v.<br><br>SUSAN HUTSON,<br><br>              Respondent. | Case No. 25-cv-172-BWA-DPC<br>Section M<br>Division 2 |

**ORDER**

Upon consideration of the *Consent Motion for Stay of State Court Proceedings;*

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all proceedings in Orleans Parish Criminal District Court Case No. 557-316, Section "C", including the trial currently set for March 31, 2025, shall be stayed pending resolution of the claims raised in Petitioner's writ of habeas corpus.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**