UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RASHEED McCLEBB | CIVIL ACTION |
| VERSUS | NO. 25-172 |
| SUSAN HUTSON | SECTION M (2) |

## ORDER

Considering the unopposed motion of petitioner Rasheed McClebb for stay of state court proceedings (R. Doc. 4),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that, in accordance with 28 U.S.C. § 2251, all proceedings in *State of Louisiana v. Rasheed McClebb*, Case No. 557-316, Section "C", in the Orleans Parish Criminal District Court, are stayed pending resolution of the claims raised in petitioner Rasheed McClebb's writ of habeas corpus filed in the captioned matter.

New Orleans, Louisiana, this 4th of February, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE