UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RASHEED McCLEBB                                                    CIVIL ACTION

VERSUS                                                              NO. 25-172

SUSAN HUTSON                                                        SECTION M (2)

## **ORDER**

Rasheed McClebb has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2241. In order for the Court to determine the action, if any, that should be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana, and the District Attorney and Clerk of Court for Orleans Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Attorney General or the District Attorney file an answer or response to the application, together with a legal memorandum of authorities in support thereof, within thirty (30) days of the date of the issuance of this Order. The answer shall state whether petitioner has exhausted state court and administrative remedies and assert any other procedural and substantive defenses. In the event the State contends that it has been prejudiced in its ability to respond by petitioner's delay in filing or that the petition is a second or successive petition, the answer shall set forth such contention with particularity.

**IT IS FURTHER ORDERED** that, within thirty (30) days of entry of this Order, the District Attorney shall file with the Court an electronic certified copy of the state court record, to

be uploaded into CM/ECF in a separate entry from the answer or memorandum.[1] The electronic certified copy of the state court record <u>must</u> include (1) the <u>ENTIRE</u> record of the <u>STATE DISTRICT COURT</u>, including all rulings and all available transcripts, (2) the <u>ENTIRE</u> records of the <u>COURT OF APPEAL</u> on <u>both direct and collateral review</u>, including all rulings, and (3) the <u>ENTIRE</u> records of the <u>SUPREME COURT OF LOUISIANA</u> on <u>both direct and collateral review</u>, including all rulings. In the event the state court record cannot be produced in its entirety as ordered, the District Attorney shall advise the Court in writing of the reason for noncompliance.

New Orleans, Louisiana, this 5th of February, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court will NOT accept a <u>paper</u> copy of the state court record in this matter. The District Attorney <u>must</u> file the state court record <u>electronically</u> in .pdf format in file sizes not to exceed 200MB per upload through the Court's Electronic Court Filing (ECF) system.