

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130

CAROLL L. MICHEL
CLERK

United States
Postal Service

FEB 1 4 2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF

25-172

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or c

1. Article
Louisiana Department of Justice
Attorney General's Office
Criminal Division
Livingston Building, Suite 200
1885 North 3rd Street
Baton Rouge, LA 70802

9589 0710 5270 1254 6522 19

2. Article Number (Transfer from service label)
9590 9402 8681 3310 6343 33

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Address

B. Received by (Printed Name)    C. Date of Delive
   Cisco Brown              FEB 1 0 2025

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restrict
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                 ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Restricted Delivery                    Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receip