UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RASHEED McCLEBB**                                              CIVIL ACTION

**VERSUS**                                                       NO. 25-172

**SUSAN HUTSON**                                                 SECTION "M" (2)

## MOTION TO ENROLL

NOW INTO COURT, by and through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Susan Hutson, Sheriff ("Respondent"), who respectfully requests that **Thomas Frederick**, a member in good standing of the bar of Louisiana and of this Honorable Court, be enrolled as counsel of record for Respondent for all purposes related to the above-captioned proceedings.

## CONCLUSION

Based on the foregoing, the State of Louisiana respectfully prays that this Honorable Court grant the motion to enroll.

Respectfully submitted,

/s/ Thomas Frederick
Thomas Frederick (La. Bar. No. 39885)
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 571-2858
Email: tfrederick@orleansda.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion and proposed order has been served by email on Petitioner's counsel on this March 6, 2025.

                                               /s/ Thomas Frederick\_\_\_
                                                Assistant District Attorney
                                                Parish of Orleans