UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RASHEED McCLEBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-172** |
| **SUSAN HUTSON** | **SECTION "M" (2)** |

### ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby GRANTED, and it is ORDERED that **Thomas Frederick**, Assistant District Attorney for the Parish of Orleans, State of Louisiana, be ENROLLED as counsel of record for Susan Hutson, in this matter.

So ordered,

_____
Hon. Barry W. Ashe
United States District Judge
Eastern District of Louisiana

NEW ORLEANS, LOUSIANA,

this, the _____ day of _____, 2025.

1