**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | |
|---|---|
| **RASHEED McCLEBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-172** |
| **SUSAN HUTSON** | **SECTION "M" (2)** |

## <u>FIRST MOTION FOR EXTENSION OF TIME</u>

NOW INTO COURT, by and through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Susan Hutson ("Respondent"), who respectfully requests an extension of time to respond to the habeas petition in the above-captioned matter and certifies as follows:

(1) In an Order entered February 5, 2025, the State was directed to respond to petitioner Rasheed McClebb's *habeas* application, and to submit a copy of the entire state court record, within thirty days.

(2) To date, no extension of time to respond has been granted.

(3) No objection to an extension of time has been filed in the record by Petitioner.

(4) Undersigned counsel has not yet received records requested from the state district court.

WHEREFORE, respondent respectfully requests an extension of **21 days – until Friday, March 28, 2025 –** in which to respond to the instant *habeas* petition.

Respectfully submitted,

<u>/s/ Thomas Frederick</u>
Thomas Frederick (La. Bar. No. 39885)
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 571-2858
Email: tfrederick@orleansda.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion and proposed order has been served by email on Petitioner's counsel on this March 6, 2024.

/s/ Thomas Frederick___
Assistant District Attorney
Parish of Orleans