UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RASHEED McCLEBB**                                   CIVIL ACTION

**VERSUS**                                            NO. 25-172

**SUSAN HUTSON**                                      SECTION "M" (2)

**ORDER**

 CONSIDERING THE FOREGOING MOTION, it is hereby ORDERED that the respondent is granted until the _____ day of _____, 2025, to file its response to petitioner Rasheed McClebb's *habeas corpus* application.

               So Ordered,

               _____
               Hon. Barry W. Ashe
               United States District Judge
               Eastern District of Louisiana

NEW ORLEANS, LOUISIANA

This, the _____ day of _____, 2025.

1