UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RASHEED McCLEBB | CIVIL ACTION |
| VERSUS | NO. 25-172 |
| SUSAN HUTSON | SECTION M (2) |

## ORDER

Considering the motion to enroll as counsel for defendant Susan Hutson (R. Doc. 8),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Assistant District Attorney for the Parish of Orleans, Thomas Frederick (La. Bar No. 39885) is enrolled as counsel of record for defendant Susan Hutson in the captioned matter.

New Orleans, Louisiana, this 10th day of March, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE