UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RASHEED McCLEBB | CIVIL ACTION |
| VERSUS | NO. 25-172 |
| SUSAN HUTSON | SECTION M (2) |

## ORDER

Considering the *ex parte* motion of defendant Susan Hutson for extension of time to file responsive pleadings (R. Doc. 9),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that defendant Susan Hutson shall have an additional 21 days, or until March 28, 2025, to file responsive pleadings to the petitioner's petition for writ of habeas corpus in the captioned matter.

New Orleans, Louisiana, this 10th day of March, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE