UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RASHEED McCLEBB**                                       CIVIL ACTION

**VERSUS**                                                        NO. 25-172

**SUSAN HUTSON**                                         SECTION "M" (2)

### ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ORDERED that the respondent is granted until the _____ day of _____, 2025, to file its response to petitioner Rasheed McClebb's *habeas corpus* application.

So Ordered,

_____
Hon. Barry W. Ashe
United States District Judge
Eastern District of Louisiana

NEW ORLEANS, LOUISIANA

This, the _____ day of _____, 2025.

1