## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RASHEED McCLEBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-172** |
| **SUSAN HUTSON** | **SECTION "M" (2)** |

## SECOND MOTION FOR EXTENSION OF TIME

NOW INTO COURT, by and through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Susan Hutson ("Respondent"), who respectfully requests an extension of time to respond to the habeas petition in the above-captioned matter and requests that this Court grant Respondent an additional 70 days to tender the State Court Record and respond to the Petition. A memorandum in support is attached.

WHEREFORE, respondent respectfully requests an extension of **70 days – until Friday, June 6, 2025 –** in which to respond to the instant *habeas* petition.

Respectfully submitted,

*/s/ Thomas Frederick*
Thomas Frederick (La. Bar. No. 39885)
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 571-2858
Email: tfrederick@orleansda.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion and proposed order has been served by email on Petitioner's counsel on this March 28, 2025.

                                                */s/ Thomas Frederick*
                                                Assistant District Attorney
                                                Parish of Orleans