UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RASHEED McCLEBB**                                                  CIVIL ACTION

**VERSUS**                                                                    NO. 25-172

**SUSAN HUTSON**                                                    SECTION "M" (2)

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, by and through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Susan Hutson ("Respondent"), who provides the following in support of the contemporaneously-filed second motion for extension of time:

(1) In an Order entered February 5, 2025, the State was directed to respond to petitioner Rasheed McClebb's *habeas* application, and to submit a copy of the entire state court record, within thirty days.

(2) To date, one extension of time to respond has been granted because the record was unavailable, and Respondent's pleading is presently due today, Friday, March 28, 2025.

(3) Respondent has not yet received records requested from the state district court after two requests, dated February 21, 2025, and March 11, 2025. A third request was sent today.

(4) Undersigned counsel contacted Petitioner's attorney to ask whether Petitioner would oppose an extension. Counsel for Petitioner opposed a 21-day extension of time.

(5) Where extensions are unopposed, undersigned counsel typically moves for short extensions. However, in light of this opposition and the likelihood of future oppositions, undersigned has elected to instead move for a 70-day extension of time, as the Clerk of Criminal District Court often takes two to three months to prepare trial court records in habeas proceedings; undersigned counsel expects that the response can be finalized within seven days of receipt of that record. Undersigned requests this lengthier extension as to avoid overloading this Court's docket with repetitive opposed motions; this Court may see fit to grant a shorter extension of time. In the event that the extension is granted in full and the record is not available by late May, undersigned counsel will inform this Court and move for a show cause order directed to the Clerk of Criminal District Court.

1

(6) The issues in this case challenge proceedings before the criminal district court, and as this case is brought under § 2241, there is no AEDPA deference on constitutional issues. The circumstances surrounding Petitioner's mistrial are heavily disputed. Thus, careful review of the actual proceedings conducted in this district court is critical to preparing a response. If necessary, undersigned counsel can complete a hurried response relying solely on the record made on Petitioner's writ applications to the state appellate courts, but this is far from ideal.

(7) Respondent is cognizant that the right against Double Jeopardy asserted here means that, if Petitioner's claim is meritorious, Petitioner would be entitled to immediate discharge from custody. Respondent does not intend to unduly delay these proceedings, but also urges that they cannot be unduly rushed.

WHEREFORE, respondent respectfully requests an extension of **70 days – until Friday, June 6, 2025 –** in which to respond to the instant *habeas* petition.

Respectfully submitted,

*/s/ Thomas Frederick*
Thomas Frederick (La. Bar. No. 39885)
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 571-2858
Email: tfrederick@orleansda.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing memorandum has been served by email on Petitioner's counsel on this March 28, 2025.

                                                      */s/ Thomas Frederick*
                                                       Assistant District Attorney
                                                       Parish of Orleans