UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RASHEED McCLEBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-172** |
| **SUSAN HUTSON** | **SECTION "M" (2)** |

**NOTICE OF SUBMISSION OF SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, by and through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Susan Hutson ("Respondent"), who respectfully notifies counsel for Petitioner Rasheed McClebb that Respondent has designated April 16, 2025, as the submission date for the attached motion.

Respectfully submitted,

*/s/ Thomas Frederick*
Thomas Frederick (La. Bar. No. 39885)
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 571-2858
Email: tfrederick@orleansda.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice has been served by email on Petitioner's counsel on this March 28, 2025.

*/s/ Thomas Frederick*
Assistant District Attorney
Parish of Orleans