UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RASHEED McCLEBB,

    Petitioner,

v.

SUSAN HUTSON,

    Respondent.

Case No. 2:25-cv-172-BWA-DPC
Section M
Division 2

**OPPOSITION TO SECOND MOTION FOR EXTENSION OF TIME**

    Petitioner Rasheed McClebb, through counsel, comes now to oppose Respondent's Second Motion for Extension of Time, for an additional seventy days, to file an answer (R. Doc. 13).

    Petitioner filed his writ of habeas corpus in this matter on January 25, 2025. On February 5, 2025, this Court ordered the State of Louisiana, through either the District Attorney or the Attorney General, to file an answer to Petitioner's writ within thirty days. R. Doc. 6. This Court also ordered the District Attorney to separately file a certified copy of the complete record in this matter. R. Doc. 6. The order does not require that the record be attached to the State's answer.

    On March 6, 2025, counsel for the District Attorney's office filed the first *ex parte* Motion for Extension of Time. R. Doc. 9.[1] The District Attorney requested an additional twenty-one days to file an answer because they had "not yet received records requested from the state district court." R. Doc. 9. This Court granted that motion, setting the deadline for the State to answer for March 28, 2025. R. Doc. 11.

---

[1] Counsel for the District Attorney's office did not seek consent from undersigned before filing this motion.

1

On March 28, 2025, counsel for the District Attorney's office filed the Second Motion for Extension of Time to file an answer. R. Doc. 13. In the motion, the State requests an additional seventy days from the March 28 deadline to file an answer because "Respondent ha[d] not yet received records requested from the state district court after two requests." R. Doc. 13 at 1.

However, the District Attorney received the certified court record on March 31, 2025. After conferring with counsel for the District Attorney, Petitioner does not oppose an extension of the State's deadline to file an answer for fourteen days, or April 11, 2025. A fourteen-day extension is consistent with what counsel says he would need to file an answer after receiving the record. *See* R. Doc. 13 at 1.

For the foregoing reasons, Petitioner requests that the Court deny the State's request for a seventy-day extension of time to answer. However, Petitioner does not oppose an extension of fourteen days.

Respectfully submitted,

    */s/Caroline Gabriel*
Caroline Gabriel, La. Bar # 38224
William Most, La. Bar # 36914
Most & Associates, LLC
210 St. Charles Ave., Ste 2500 #9685
New Orleans, LA 70170
(985) 441-9355
Caroline.gabriel.ma@gmail.com
williammost@gmail.com

Madeleine Jennings, La. Bar # 38287
Orleans Public Defenders
2601 Tulane Avenue, Suite 700
New Orleans, LA 70119
(504) 821-8101
(504) 821-5285 (fax)
Mjennings@opdla.org