UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RASHEED McCLEBB | CIVIL ACTION |
| VERSUS | NO. 25-172 |
| SUSAN HUTSON | SECTION M (2) |

## ORDER

Before the Court is a motion by respondent Susan Hutson for an extension of time of 70 days (*i.e.,* until June 6, 2025) to file responsive pleadings based on the fact that she had not received the state-court record as of March 28, 2025, the date she filed the motion.[1] Petitioner Rasheed McClebb responds in opposition, representing that respondent received the state-court record on March 31, 2025, and arguing therefore that respondent does not need an extension of the length requested.[2] Given that respondent only recently received the state-court record and needs some time to review it in order to prepare responsive pleadings,

IT IS ORDERED that respondent's motion for extension of time to file responsive pleadings (R. Doc. 13) is GRANTED, albeit for a shorter period than that requested.

IT IS FURTHER ORDERED that respondent file responsive pleadings on or before May 5, 2025.

New Orleans, Louisiana, this 3rd of April, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 13.
[2] R. Doc. 15.