UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RASHEED McCLEBB                                    CIVIL ACTION

VERSUS                                             NO. 25-172

SUSAN HUTSON                                       SECTION M (2)

# JUDGMENT

In accordance with this Court's Order & Reasons (R. Doc. 23),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Susan Hutson, dismissing the claims of petitioner Rasheed McClebb, with prejudice.

New Orleans, Louisiana, this 30th day of October, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE